USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/06/2026

PRACTUS
MATTHEW MCFARLANE, Partner
matthew.mcfarlane@practus.com
1014 W 36th Street, Suite 103
Baltimore, MD 21211
(410) 657-8633

***via ECF***

October 5, 2026

The Honorable Katharine H. Parker, U.S.M.J.
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, New York 10007-1312

Re: *A.V. Denim LLC v. Oneso, Inc. d/b/a Bayeas*, No. 26-cv-3557 (JPC)
**Request to Suspend Deadline for Pre-Conference Submission**

Dear Judge Parker:

Our firm represents Plaintiff A.V. Denim LLC in the above-captioned matter. I write, with the consent of counsel for Defendant Oneso, Inc. d/b/a Bayeas, regarding the Settlement Conference scheduled for Tuesday, October 13, 2026 at 2:00 p.m.

The parties have been engaged in settlement negotiations and believe they are very close to resolving this matter. In light of that significant progress, we respectfully request that the Court suspend the October 6, 2026 deadline for the parties' pre-conference submissions while the parties continue their negotiations. Given the advanced stage of those negotiations, the parties do not presently expect that the October 13, 2026 settlement conference will be necessary.

We will promptly advise the Court if the matter is resolved, or, if not, whether the Court's assistance with settlement remains necessary.

We thank the Court for its consideration of this request.

Respectfully submitted,

Matthew McFarlane
PRACTUS LLP
*Attorneys for Plaintiff A.V. Denim LLC*

**APPLICATION GRANTED:** **The deadline for the parties to submit their settlement submissions is hereby extended to 10/09/2026. Counsel is directed to advise the Court as soon as possible if they are able to settle this case on their own.**

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.

**10/06/2026**